IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


Kwame Kilpatrick,
An Individual                                                          **Plaintiff**

**Vs.**                                    **Civil Action No.:   3:09cv256 HTW-LRA**

SkyTel, Inc., a/k/a SkyTel
Communications, Inc; and,
Michael Stefani, An Individual                                      **Defendants**


## ORDER OF REMAND

The Defendant Michael Stefani, the removing party, having filed with the Court a

Stipulation of Withdrawal of Removal and a Notice of Withdrawal of Removal, the Court,

being otherwise advised in the premises, finds that this matter should be remanded to the

First Judicial District of Hinds County, Mississippi, from which it was removed.

**IT IS SO ORDERED**, that this matter should be and his hereby remanded to the

Circuit Court for the First Judicial District of Hinds County, Mississippi.

**SO ORDERED, this the 31st day of August, 2009.**

                                      **s/ HENRY T. WINGATE
                                      CHIEF UNITED STATES DISTRICT JUDGE**


Presented to the Court by:
s:/Halbert E. Dockins Jr., Esq.
Halbert E. Dockins Jr., Esq.
***Dockins Turnage & Banks, PLLC***
6520 Dogwood View Parkway; Suite B
Jackson, Mississippi 39213
601.713.2223
601.713.2225
**ATTORNEY FOR KWAME KILPATRICK**